UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorneys for Debtor(s)

Yakov Rychik

**Order Filed on March 6, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

CASE NO: 19-12693

HEARING DATE:

JUDGE: SLM

CHAPTER: 7

| Recommended Local Form: | Followed | Modified |

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 6, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

xx    Granted. The deadline to file schedules is extended to March 18, 2019

Denied.

rev.8/1/15

2