| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>823671<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | **Order Filed on May 22, 2019 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey** |
| In Re:<br><br>   YAKOV RYCHIK AKA SYNE PROPERTIES LLC<br><br>   Debtor | Case No.: 19-12693 - SLM<br><br>Hearing Date: 05/21/2019<br><br>Judge: STACEY L. MEISEL<br><br>Chapter: 7 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER VACATING STAY

___    The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 22, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

1833 E 13TH ST, APT. 2A, BROOKLYN, NY 11229-2807

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-12693-SLM
Yakov Rychik                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1          Date Rcvd: May 22, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
db             +Yakov Rychik,    239 Mountain Road,    Englewood, NJ 07631-3710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Arvest Central Mortgage Company
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Anthony Sodono, III    on behalf of Creditor    Trenk, DiPasquale, Della Fera & Sodono, P.C.
               asodono@msbnj.com
              Barbara Edwards     bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Francis T. Tarlecki    on behalf of Creditor    Arvest Central Mortgage Company
               Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com
              George E Veitengruber, III    on behalf of Debtor Yakov  Rychik bankruptcy@veitengruberlaw.com,
               knapolitano15@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
               America, NA, successor in interest to LaSalle Bank NA, as trustee et al
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    JPMORGAN CHASE BANK,NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8