UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorney for Debtor

In Re:

YAKOV RYCHIK

Debtor.

Order Filed on June 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-12693

Chapter 7

Hearing Date:

Judge: SLM

**ORDER (1) PURSUANT TO BANKRUPTCY RULE 5011 (b) AND 28 U.S.C. §1334 (c) (2) ABSTAINING FROM HEARING, PENDING RESOLUTION IN THE SUPREME COURT OF NEW JERSEY Docket No. 082768, THE PRE-PETITION, DEBTOR-INITIATED APPEAL CURRENTLY PENDING IN THE SUPREME COURT OF NEW JERSEY AND (2) CONFIRMING THE INAPPLICABILITY OF THE AUTOMATIC STAY RELATED TO DEBTOR'S SUPREME COURT FILING**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 11, 2019**

_____
**H**onorable Vincent F. Papalia
United States Bankruptcy Judge

(Page 2)
Debtor: Yakov Rychik
Case No.: 19-xxxxxx

Caption of Order: **ORDER (1) PURSUANT TO BANKRUPTCY RULE 5011 (b) AND 28 U.S.C. §1334 (c) (2) ABSTAINING FROM HEARING, PENDING RESOLUTION IN THE SUPREME COURT OF NEW JERSEY Docket No. 082768, THE PRE-PETITION, DEBTOR-INITIATED APPEAL CURRENTLY PENDING IN THE SUPREME COURT OF NEW JERSEY Docket No. 082768, AND (2) CONFIRMING THE INAPPLICABILITY OF THE AUTOMATIC STAY RELATED TO DEBTOR'S SUPREME COURT FILING**

___

THIS MATTER having been brought before the Court by motion of counsel for the Debtor, George E. Veitengruber, III, Esq. and the Court having reviewed the papers submitted in opposition (if any) and hearing oral argument (if any) and for good cause shown;

**IT IS ORDERED** that the Bankruptcy Court will abstain from hearing, pending resolution in the Supreme Court of New Jersey Docket No. 082768, the pre-petition, Debtor-initiated appeal in the matter of *U.S. Bank National Association v. Yakov Rychik, et. al.* (N.J. Supreme Court Docket No. 082768); and

**IT IS FURTHER ORDERED** that the automatic stay is inapplicable to the Supreme Court of New Jersey matter because it is a Debtor-initiated proceeding.

**IT IS FURTHER ORDERED** that absent any further Motion or Order before this court, the assets of the Debtor's estate remain under the control of the Bankruptcy Court

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on the Bergen County Sheriff's Department, the mortgage company creditor and attorney for the mortgage company creditor within ~~10~~ 3 days of the signing of this ORDER.