UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorney for Debtor

**Order Filed on June 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

YAKOV RYCHIK

Debtor.

Case No.: 19-12693

Chapter 7

Hearing Date:

Judge: SLM

**ORDER (1) PURSUANT TO BANKRUPTCY RULE 5011 (b) AND 28 U.S.C. §1334 (c) (2) ABSTAINING FROM HEARING, PENDING RESOLUTION IN THE SUPREME COURT OF NEW JERSEY Docket No. 082768, THE PRE-PETITION, DEBTOR-INITIATED APPEAL CURRENTLY PENDING IN THE SUPREME COURT OF NEW JERSEY AND (2) CONFIRMING THE INAPPLICABILITY OF THE AUTOMATIC STAY RELATED TO DEBTOR'S SUPREME COURT FILING**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 11, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)
Debtor: Yakov Rychik
Case No.: 19-xxxxxx

| | |
|---|---|
| Caption of Order: | **ORDER (1) PURSUANT TO BANKRUPTCY RULE 5011 (b) AND 28 U.S.C. §1334 (c) (2) ABSTAINING FROM HEARING, PENDING RESOLUTION IN THE SUPREME COURT OF NEW JERSEY Docket No. 082768, THE PRE-PETITION, DEBTOR-INITIATED APPEAL CURRENTLY PENDING IN THE SUPREME COURT OF NEW JERSEY Docket No. 082768, AND (2) CONFIRMING THE INAPPLICABILITY OF THE AUTOMATIC STAY RELATED TO DEBTOR'S SUPREME COURT FILING** |

THIS MATTER having been brought before the Court by motion of counsel for the Debtor, George E. Veitengruber, III, Esq. and the Court having reviewed the papers submitted in opposition (if any) and hearing oral argument (if any) and for good cause shown;

**IT IS ORDERED** that the Bankruptcy Court will abstain from hearing, pending resolution in the Supreme Court of New Jersey Docket No. 082768, the pre-petition, Debtor-initiated appeal in the matter of *U.S. Bank National Association v. Yakov Rychik, et. al.* (N.J. Supreme Court Docket No. 082768); and

**IT IS FURTHER ORDERED** that the automatic stay is inapplicable to the Supreme Court of New Jersey matter because it is a Debtor-initiated proceeding.

**IT IS FURTHER ORDERED** that absent any further Motion or Order before this court, the assets of the Debtor's estate remain under the control of the Bankruptcy Court

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on the Bergen County Sheriff's Department, the mortgage company creditor and attorney for the mortgage company creditor within ~~10~~ 3 days of the signing of this ORDER.

United States Bankruptcy Court
District of New Jersey

In re:  
Yakov Rychik  
    Debtor

Case No. 19-12693-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 12, 2019  
Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2019.  
db      +Yakov Rychik,    239 Mountain Road,    Englewood, NJ 07631-3710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2019 at the address(es) listed below:

     Alexandra T. Garcia    on behalf of Creditor    Arvest Central Mortgage Company  
       NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
     Anthony Sodono, III    on behalf of Creditor    Trenk, DiPasquale, Della Fera & Sodono, P.C.  
       asodono@msbnj.com  
     Barbara Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com  
     Francis T. Tarlecki    on behalf of Creditor    Arvest Central Mortgage Company  
       Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com  
     George E Veitengruber, III    on behalf of Debtor Yakov Rychik bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com  
     Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee et al  
       kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Nicholas V. Rogers    on behalf of Creditor    JPMORGAN CHASE BANK,NATIONAL ASSOCIATION  
       nj.bkecf@fedphe.com  
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

     TOTAL: 8