UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Yakov Rychik, Debtor(s).

Case No.: 19-12693-SLM
Chapter: 7
Judge: Stacey L. Meisel

## NOTICE OF PROPOSED ABANDONMENT

__Barbara A. Edwards__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk, US Bankruptcy Court, DNJ
PO Box 1352
Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable __Stacey L. Meisel__ on __8/6/19__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3A__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  Real property located at 239 Mountain Road, Englewood, NJ.
Fair Market Value: $1,270,000.00

Liens on property:  Subject to mortgage held by Select Portfolio in the approximate amount of $1,341.673.26.

Amount of equity claimed as exempt:  None

Objections must be served on, and requests for additional information directed to:

Name:  /s/ Barbara A. Edwards, Interim Trustee
Address:  Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410
Telephone No.: 201-796-3100

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-12693-SLM
Yakov Rychik                                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                  Page 1 of 2          Date Rcvd: Jul 10, 2019
                               Form ID: pdf905              Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2019.
```
db           +Yakov Rychik,    239 Mountain Road,    Englewood, NJ 07631-3710
cr           +JPMORGAN CHASE BANK,NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,
               Suite 1400,   Philadelphia, PA 19103-1814
518018570    +1544 East 13th Street Condominium Assoc,    c/o Arthur Klass,    Apt. PHA,
               Brooklyn, NY 11230-7281
518018571    +1544 East 13th Street Condominium Assoc.,    1544 East 13th Street,    Brooklyn, NY 11230-7281
518126799    +613 Consulting LLC,    440 Jones Road,    Englewood, NJ 07631-5001
518126801    +American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
518018572    +Bergen County Sheriff’s Office,    2 Bergen County Plaza,    2nd Floor,
               Hackensack, NJ 07601-7076
518314217   #+Biz2Credit Inc.,    ITRA Ventures LLC,    462 Seventh Avenue,    20th Floor,
               New York, NY 10018-7423
518126803    +Bruno F. Codispoti, Esq,    111 John Street,    Suite 800,   New York, NY 10038-3180
518126804    +Celentano, Stadmauer & Walentowicz LLP,    1035 Route 46 East,    P.O. Box 2594,
               Clifton, NJ 07015-2594
518314218    +Celentano, Stadmauer & Walentowicz LLP,    1035 Route 46 East,    P.O. Box 2594,
               Clifton, NJ 07015-2594
518126805    +Chase Mortgage,    P.O. Box 24696,    Columbus, OH 43224-0696
518126806    +Chrysler Capital,    P.O. Box 660647,    Dallas, TX 75266-0647
518126807    +Citi Cards CBNA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
518175558    +Commercial Collections of America LLC,    161 I Street,    Fremont, CA 94536-2906
518126808    +Consolidated Edison of New York, Inc.,    4 Irving Place RM 1875,    Att. Law Department,
               New York, NY 10003-3502
518018574    +Ditech,   P.O. Box 6176,    Rapid City, SD 57709-6176
518126796    +Eichenbaum & Stylianou LLC,    10 Forest Avenue,    Suite 300,   Paramus, NJ 07652-5238
518126793    +Englewood Hospital and Medical Center,    350 Engle St,    Englewood, NJ 07631-1898
518126798    +Erica Rychik,    239 Mountain Road,    Englewood, NJ 07631-3710
518126791    +Fein Such & Crane LLP,    28 East Main Street,    Suite 1800,   Rochester, NY 14614-1936
518175555    +Itria Ventures,    1000 N West St #1200,   Wilmington, DE 19801-1058
518177545    +Law Office of Thomas P. Malone,    60 East 42nd Street,    Suite 553,   New York, NY 10165-0554
518126797    +Law Offices of Faloni & Associates LLC,    165 Passaic Avenue,    Suite 301B,
               Fairfield, NJ 07004-3592
518126794    +Macys,   P.O. Box 8218,    Mason, OH 45040-8218
518126792    +McCalla Raymer Leibert Pierce LLC,    420 Lexington Avenue,    Suite 840,
               New York, NY 10170-0840
518018575    +Milstead & Associates LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
518126809    +Nissan Motor Acceptance,    P.O. Box 660360,    Dallas, TX 75266-0360
518126810    +Northland Group Inc.,    P.O. Box 390905,    Minneapolis, MN 55439-0905
518126811    +Northstar,    4285 Genesee Street,    Buffalo, NY 14225-1943
518126813    +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
518126812    +PennCredit Corporation,    P.O. Box 1259,    Department 91047,    Oaks, PA 19456-1259
518018576    +Richard A Klass, Esq.,    16 Court Street,    29th Floor,   Brooklyn, NY 11241-0102
518314222    +Suez Water,    69 DeVoe Place,    Hackensack, NJ 07601-6105
518314223    +Swift Financial,    3505 Silverside Road,    Wilmington, DE 19810-4905
518314224    +The Lighthouse Condominium Association,    1769 East 13th Street,    Brooklyn, NY 11229-1978
518126815    +Trenk DiPasquale,    347 Mt. Pleasant Avenue,    Suite 300,   West Orange, NJ 07052-2730
518126816    +Vital Recovery Services Inc.,    P.O. Box 9237 48,    Norcross, GA 30010-3748
518126795    +Walentowicz LLP,    1035 Route 46 East,    P.O. Box 2594,    Clifton, NJ 07015-2594

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2019 00:47:39     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2019 00:47:36     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518126790     E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 11 2019 00:47:44     Honda Financial Services,
               P.O. Box 7829,   Philadelphia, PA 19101
518126800    +E-mail/Text: ally@ebn.phinsolutions.com Jul 11 2019 00:46:15     Ally Financial,
               P.O. Box 380901,   Minneapolis, MN 55438-0901
518018573    +E-mail/Text: bankruptcy@arvest.com Jul 11 2019 00:47:46     Central Mortgage Company,
               801 John Barrow Road,    Suite 1,   Little Rock, AR 72205-6511
518175556    +E-mail/Text: bankruptcy@ondeck.com Jul 11 2019 00:48:15     On Deck Capital INC.,
               901 N. Stuart Street,    Suite 700,   Arlington, VA 22203-4129
518314221    +E-mail/Text: bankruptcy@ondeck.com Jul 11 2019 00:48:15     OnDeck,   1400 Broadway,
               New York, NY 10018-5300
518175557    +E-mail/Text: bankruptcy@pseg.com Jul 11 2019 00:46:15       PSEG,   P.O. Box 490,
               Cranford, NJ 07016-0490
518018577    +E-mail/Text: jennifer.chacon@spservicing.com Jul 11 2019 00:48:22
               Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 9
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jul 10, 2019
                               Form ID: pdf905          Total Noticed: 48
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518126802*     +Bergen County Sheriff's Office,    2 Bergen County Plaza,    2nd Floor,
                Hackensack, NJ 07601-7076
518314219*     +Englewood Hospital and Medical Center,    350 Engle St,    Englewood, NJ 07631-1898
518314220*     +On Deck Capital INC.,    901 N. Stuart Street,    Suite 700,    Arlington, VA 22203-4129
518126814*     +Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
518018578*     +Yakov Rychik,    239 Mountain Road,    Englewood, NJ 07631-3710
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
```
          Alexandra T. Garcia    on behalf of Creditor    Arvest Central Mortgage Company
           NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          Anthony Sodono, III    on behalf of Creditor    Trenk, DiPasquale, Della Fera & Sodono, P.C.
           asodono@msbnj.com
          Barbara  Edwards    on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,
           NJ48@ecfcbis.com
          Barbara  Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
          Francis T. Tarlecki    on behalf of Creditor    Arvest Central Mortgage Company
           Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com
          George E Veitengruber, III    on behalf of Debtor Yakov  Rychik bankruptcy@veitengruberlaw.com,
           knapolitano15@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
           America, NA, successor in interest to LaSalle Bank NA, as trustee et al
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Nicholas V. Rogers    on behalf of Creditor    JPMORGAN CHASE BANK,NATIONAL ASSOCIATION
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```